# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Armond Cooks, | : |
| | : |
| Plaintiff, | : Civil Action No.:  4:11-cv-00372 |
| v. | : |
| National Credit Audit Corporation, | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 25, 2011

                                  Respectfully submitted,
                                By:  __/s/ Diana P. Larson_____
                                Diana P. Larson
                                Texas Bar No. 24007799
                                The Larson Law Office, PLLC
                                440 Louisiana, Suite 900
                                Houston, Texas  77002
                                Telephone:  (713) 221-9088
                                Facsimile:  (832) 415-9762
                                Email:  diana@thelarsonlawoffice.com

                                Of Counsel To:
                                LEMBERG & ASSOCIATES L.L.C.
                                A Connecticut Law Firm
                                1100 Summer Street, 3rd Floor
                                Stamford, CT 06905
                                Telephone: (203) 653-2250
                                Facsimile:  (877) 795-3666
                                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By   /s/ Diana P. Larson

                                             Diana P. Larson