IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ARMOND COOKS | § | |
| | § | |
| v. | § | Case No. 4:11-cv-372 |
| | § | |
| NATIONAL CREDIT AUDIT | § | |
| CORPORATION | § | |

## FINAL JUDGMENT

In accordance with Plaintiff Armond Cooks' Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) (Doc. No. 7), it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

It is SO ORDERED.

SIGNED this 5th day of October, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE